**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENESIS JAVELIS J. VILLEGAS VILLEGAS,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, *et al.*,<br>Respondents. | Case No. 5:26-cv-06153-DMK<br>**JUDGMENT** |

Pursuant to the Order Denying Temporary Restraining Order (ECF 3), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is dismissed without prejudice to its refiling in the appropriate Texas district court.

DATED: October 20, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE